**FILED**
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                           )        Case No. MAG. 08-0240-EFB
            Plaintiff, )
v.                                     )        ORDER FOR RELEASE OF
                                           )        PERSON IN CUSTODY
CALVIN TRUONG, )
                                           )
           Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CALVIN TRUONG, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $200,000.00.

        _X_    Unsecured Appearance Bond ($200,000.00. Interim)

        _X_    Appearance Bond with Surety

        _X_    (Other) Conditions as stated on the record.

        _X_    (Other) The Defendant is ordered released forthwith on a $200,000.00 unsecured bond, co-signed by his aunt, pending the filing of the secured bond paperwork due by 08/15/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/22/08 at 3:30pm

By _____
Edmund F. Brennan
United States Magistrate Judge