**FILED**
July 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                                  )<br>                    Plaintiff,                     )<br>v.                                                              )<br>                                                                  )<br>CALVIN TRUONG,                            )<br>                                                                  )<br>                    Defendant.                 ) | Case No. MAG. 08-0240-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CALVIN TRUONG, Case No. MAG. 08-0240-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $200,000.00.

    _X_   Unsecured Appearance Bond ($200,000.00. Interim)

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The Defendant is ordered released forthwith on a $200,000.00 unsecured bond, co-signed by his aunt, pending the filing of the secured bond paperwork due by 08/15/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/22/08  at  3:30pm

By _____
Edmund F. Brennan
United States Magistrate Judge